### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD DISHER, individeually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CAUSE NO. 07-CV-185-WDS** |
| **CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,** ) ) ) | |
| **Defendant.** ) | |

### O R D E R

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-FERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: March 21, 2007.**

           **s/ WILLIAM D. STIEHL**
               **DISTRICT JUDGE**

Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Case No. 07-185-MJR.